# Exhibit A

**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
         chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Gregory Stamper**,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**Freebird Logistics, Inc.,** an Arizona corporation, **Jeffrey Larsen and Jane Doe Larsen**, a married couple, and **Kurt Larsen and Jane Doe Larsen II**<br><br>　　　　　　Defendants. | No. 2:22-cv-00155-MTL<br><br>**DECLARATION OF PLAINTIFF GREGORY STAMPER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS** |

I, Gregory Stamper, declare under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in the above titled matter.

2. All statements in my Complaint are true and accurate.

3. I was an employee of Defendants Freebird Logistics, Inc and Jeffrey Larsen ("Defendants").

4. Defendants Freebird Logistics, Inc and Jeffrey Larsen were my employers.

5. Defendants own and/or operate as a package delivery service.

6. I worked for Defendants as a driver and driver's helper for approximately 8 shifts, totaling approximately 96 hours hours during September and October 2021.

7. Defendants employed me as a driver and driver's helper. My job duties were all manual labor. My rate of pay while working for Defendants was $200 per day.

8. During my employment with Defendants, I generally worked approximately 12 hours per day for each day I worked for Defendants, totaling approximately 96 hours.

9. During my first week I worked approximately 72 hours, resulting in 32 hours of overtime.

10. During my second week I woked approximately 24 hours.

11. Defendants did not pay me any wage whatsoever for all time I worked for them.

12. By my calculation, I am owed an unpaid $200 per day for all 8 days I worked for Defendants, for a total of $1,600.

13. To summarize, in total, I believe I am owed $1,600 in unpaid minimum wages and other wages under the FLSA and Arizona law.

14. I also believe I am owed $266.72 in unpaid overtime wages under the FLSA.

15. Additionally, I am owed additional statutory damages pursuant to 29 U.S.C. § 216(b), which provides for an additional equal amount of damages; ARS § 23-364, which provides for an additional amount equal to twice the unpaid wages; and ARS § 23-

355, which provides for treble damages.

16. Therefore, I am owed $4,800 ($1,600 * 3) in unpaid federal minimum wages and state minimum and other wages.

17. I am also owed $533.44 ($266.72 * 2) in unpaid overtime premiums pursuant to the FLSA.

18. Therefore, pursuant to the aforementioned statutes, I believe I am entitled to a total award of $5,333.44, plus reasonable attorneys' fees and costs.

EXECUTED this 18th Day of March, 2022.

_____
Gregory Stamper (Mar 18, 2022 10:43 PDT)
Gregory Stamper

Date: Mar 18, 2022