# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Stamper,<br><br>    Plaintiff,<br><br>v.<br><br>Freebird Logistics Incorporated, et al.,<br><br>    Defendants. | **NO. CV-22-00155-PHX-MTL**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and the Court having granted in part the Motion for Default Judgment, Plaintiff is awarded $5,333.44 plus a reasonable award of attorneys' fees and costs as well as pre- and post-judgment interest. Pursuant to § 29 U.S.C. § 216(b), Stamper may collect unpaid overtime damages from Jeffrey Larsen, but all unpaid wages may only be collected from Freebird Logistics, Incorporated. This matter is hereby terminated.

                                                  Debra D. Lucas
                                                  District Court Executive/Clerk of Court

June 28, 2022

                                                  s/ L. Dixon
                                        By  Deputy Clerk